IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **CITIZENS FOR TRUMP, NORTHEAST OHIO COALITION FOR THE HOMELESS, and ORGANIZE OHIO,** | ) CASE NO.: 1:16-CV-1465 ) ) JUDGE JAMES S. GWIN ) |
| Plaintiffs, | ) ) MAGISTRATE JUDGE McHARGH ) |
| v. | ) ) **DEFENDANTS' F MOTION TO DISMISS** |
| **CITY OF CLEVELAND, et al.,** | ) **AND MEMORANDUM IN OPPOSITION** ) **TO PLAINTIFFS' MOTION FOR** |
| Defendants. | ) **PRELIMINARY INJUNCTION AND** ) **TEMPORARY RESTRAINING ORDER** ) |

Defendants, The City of Cleveland and Mayor Frank G. Jackson, in his official capacity, hereby move this honorable court under Federal Rule of Civil Procedure 12(b)(6) for an order dismissing the complaint, motion for preliminary injunction, and motion for temporary restraining order.  A memorandum and exhibits in support of this motion and in opposition to plaintiffs' motion for preliminary injunction and temporary restraining order is attached and incorporated herein.

    Respectfully submitted,

    BARBARA A. LANGHENRY (0038838)
    Director of Law, City of Cleveland

    By:  */s/ Stewart Hastings*
    GARY S. SINGLETARY (0037329)
    Chief Counsel
    THOMAS J. KAISER (0014339)
    Chief Trial Counsel
    L. STEWART HASTINGS JR. (0025852)
    Assistant Director of Law
    City of Cleveland, Department of Law
    601 Lakeside Avenue, Room 106
    Cleveland, Ohio  44114-1077
    Tel: (216) 664-2800  Fax: (216) 664-2663
    E-mail: LSHastings@city.cleveland.oh.us
    *Counsel for Defendants*

-2-

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                        */s Stewart Hastings*
                                        *Counsel for Defendants*