

# Parade Route and Public Access

2016 Republican National Convention
Cleveland, Ohio



It is the policy of the City of Cleveland that persons and groups have the right to organize and participate in peaceful parades . . . on the streets and public grounds of the City, subject to reasonable restrictions designed to protect public safety, persons and property, and to accommodate the interest of persons not participating in the assemblies to use the streets and sidewalks to travel to their intended destinations, and use public grounds for their intended purposes.

- Cleveland Codified Ordinances § 411.05(f)








Public
Viewing Areas:

• The "Triangle" at
Ontario St. and
Carnegie Ave.
• Public Areas Around
the Event Complex
• 1st Amendment
Activity Not Restricted
to a Designated Area





Parade Route:

• Starting at Carnegie Ave. near W. 20th St.

• Terminating at Orange Ave. and E. 9th St.





Routes from Parade Terminus to Public Viewing Areas:

• E. 9th St. to Prospect Ave.

• Orange Ave. to E. 14th St.



# Parade Route Offers Clear Sightlines To Convention
## West End of Carnegie Bridge looking toward the Event Complex





Image capture: Oct 2015     © 2016 Google



# Parade Route Offers Clear Sightlines To Convention
## East End of Carnegie Bridge looking toward the Event Complex



Image capture: Oct 2015    © 2016 Google



# Parade Route Comes Within 160 Feet of the Event Complex

## Carnegie Ave. at Ontario St.





# Parade Route
## View from the Event Complex





# Parade Route
## View from a Patio within the Event Complex





# Prime Public Viewing
## The "Triangle" near Ontario St. and Carnegie Ave. Looking toward the Event Complex



# Prime Public Viewing
## The "Triangle" near Ontario St. and Carnegie Ave.
## Looking toward the Event Complex





# View from the Event Complex
## Carnegie Bridge and the "Triangle"





# View from the Event Complex
## The "Triangle" from Ontario Avenue





# Prime Public Viewing
## East 9th St. looking toward the Event Complex





# View from the Event Complex
## East 9th St. and Eagle Ave.





# Prime Public Viewing
## Prospect Ave. looking toward the Event Complex





# Prime Public Viewing
## Prospect Ave. looking toward the Event Complex





# Prime Public Viewing
## East 4th St. looking toward the Event Complex



# Prime Public Viewing
## E. Huron Rd. at East 7th St. looking toward the Event Complex





# View from the Event Complex
## East 4th St. from Quicken Loans Arena





# View from the Event Complex
## Prospect Ave. from Quicken Loans Arena





# View from the Event Complex
## Prospect Ave. from Quicken Loans Arena





# The Cleveland Parade Route is Superior To Routes That Have Been Approved by the Courts For Other National Conventions



# Cleveland Offers Better Access than Most Conventions

| | Cleveland (2016) | Tampa (2012) | Charlotte (2012) | Denver (2008) | Boston (2004) | New York (2004) |
|---|---|---|---|---|---|---|
| Closest point of parade to event complex | **160 ft** | 860 ft | 950 ft | 1200+ ft | 780 ft to bldg.; one block to drop-off point for 50% delegates | 250 ft |
| Number of parades during convention | 18 | | 18 | 20 | | 11+ |
| Public limited to specified viewing zone near event? | **No** | Yes | **No** | Yes | Yes | Yes |
| Closest point of public to event complex | 300 ft to Arena from E. 4th St. | 450 ft to bldg. | 270 ft to building | 200 ft to delegate bus stop | 600 ft to bldg. | 250 ft to some delegates |



# Denver's 2008 Parade Route Never Came within 1200 Feet of the Pepsi Center



Convention (1200+ ft away)

End point of parade



# The Cleveland Parade Route Comes Much Closer to the Event Complex than the Denver Parade Route

**Cleveland:  160 feet away from the Event Complex**

**Denver:  At least 1200 feet away and out of sight from the Pepsi Center**







# The Cleveland Parade Route Comes Much Closer to the Event Complex than the Denver Parade Route
## View of the Parade Routes

**Cleveland view from the Event Complex**

**Denver view from the Event Complex**







# The Public Has Much Better Access to the Event Complex than in Denver
## Public Viewing of the Event Complexes

**Cleveland view from East 4th St.**

**Denver view from the designated "Free Speech" zone**







# The Public Has Much Better Access to the Event Complex than in Denver

## Public Viewing of the Event Complexes

**Cleveland view from East 9th Street**

**Denver view from the designated "Free Speech" zone**







# The Public Has Much Better Access to the Event Complex than in Denver
## Public Viewing of the Event Complexes

**Cleveland view from the "Triangle"**

**Denver view from the designated "Free Speech" zone**







# Denver's Parade Route and Public Access Were Upheld by the Court

"[T]he Court finds that the restrictions on access to city streets within and adjacent to the Pepsi Center grounds are narrowly tailored to advance significant governmental interests."

*Am. Civil Liberties Union v. City of Denver*, 569 F. Supp. 2d 1142, 1180 (D. Colo. 2008)



# Boston's 2004 Parade Route Never Came within 600 Feet of T.D. Garden Arena





# The Cleveland Parade Route Comes Much Closer to the Event Complex than the Boston Parade Route

## Approximately 160 feet away from the Event Complex

## Over 600 feet away from T.D. Garden Arena







# The Cleveland Parade Route Comes Much Closer to the Event Complex than the Boston Parade Route
## View of the Parade Routes

**Cleveland view from the Event Complex**

**Boston view from the Event Complex**







# The Public Has Much Better Access to the Event Complex than in Boston

## Public Viewing of the Event Complexes

**Cleveland view from Prospect Ave.**

**Boston view from the "Demonstration Zone"**







# The Public Has Much Better Access to the Event Complex than in Boston
## Public Viewing of the Event Complexes

**Cleveland view from East 4th St.**



**Boston view from the "Demonstration Zone"**





# The Public Has Much Better Access to the Event Complex than in Boston
## Public Viewing of the Event Complex

**Cleveland view from the "Triangle"**

**Boston "Demonstration Zone"**







# Boston's Parade Route and Public Access Were Upheld by the Court

"[T]here is no injunctive relief that I could fashion that would vindicate plaintiffs' First Amendment rights without causing quite significant harm to the City, the delegates, and the public interest as broadly defined in the form of increased risk to those attending the DNC and further strain on the overtaxed manpower resources of public safety personnel."

*Coalition to Protest the Democratic Natl. Convention v. City of Boston*, 327 F. Supp. 2d 61, 76 (D. Mass. 2004)



# Tampa's 2012 Parade Route Never Came within 860 Feet of the Tampa Bay Times Forum





# The Cleveland Parade Route Comes Much Closer to the Event Complex than the Tampa Parade Route

**Approximately 160 feet away from the Event Complex**

**Over 860 feet away from the Tampa Bay Times Forum**







# The Public Has Much Better Access to the Event Complex than in Tampa
## Public Viewing of the Event Complexes

**Cleveland view from Prospect Ave.**

**Tampa view from the closest viewing area at Eunice St.**







# Tampa's Official Parade Route and Public Access Were Not Challenged in Court.



# Charlotte's 2012 Parade Route Never Came within 950 feet of the Time Warner Arena





# The Cleveland Parade Route Comes Much Closer to the Event Complex than the Charlotte Parade Route

**Approximately 160 feet away from the Event Complex**

**Over 950 feet away from the Time Warner Arena**







# The Public Has Much Better Access to the Event Complex than in Charlotte
## Public Viewing of the Event Complexes

**Cleveland view from Prospect Ave.**

**Charlotte view from the closest viewing area at N. Brevard St. and E. 6th St.**







**Charlotte's Official Parade Route and Public Access Were Not Challenged in Court.**

