# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **CITIZENS FOR TRUMP, ET AL,** | ) | CASE NO. 1:16CV01465 |
| | ) | |
| **Plaintiff,** | ) | JUDGE JAMES S. GWIN |
| | ) | |
| vs. | ) | ORDER OF REFERRAL TO |
| | ) | JUDGE DAN AARON POLSTER |
| **CITY OF CLEVELAND, ET AL,** | ) | FOR MEDIATION |
| | ) | |
| **Defendants.** | ) | |

The above captioned case is referred to the Honorable Dan Aaron Polster for mediation. The parties will receive further instructions from the chambers of Judge Polster regarding the mediation conference.

**IT IS SO ORDERED.**

Dated: June 23, 2016            *s/        James S. Gwin*
                                JAMES S. GWIN
                                UNITED STATES DISTRICT JUDGE