MINUTES OF PROCEEDINGS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| Date: | 6/23/16 |
| Judge: | James S. Gwin |
| Case No.: | 1:16CV01465 |
| Court Reporter: | H. Geizer |

CITIZENS FOR TRUMP, ET AL,　　)
　　　　　　　　　　　　　　　　)
　　　　Plaintiffs,　　　　　　　)
　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　)
CITY OF CLEVELAND, ET AL,　　　)
　　　　　　　　　　　　　　　　)
　　　　Defendants.　　　　　　　)

MATTERS CONSIDERED: Hearing held on motion for preliminary injunction and temporary restraining order.

TOTAL TIME: 2 hrs. 13 min.　　　　　　　*s/　Melanie Dresch*
　　　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk