# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| CITIZENS FOR TRUMP, et al., | ) | **CASE NO.  1:16 CV 1465** |
| | ) | |
| **Plaintiffs,** | ) | **JUDGE DAN AARON POLSTER** |
| | ) | **(by reference from Judge James S. Gwin)** |
| **vs.** | ) | |
| | ) | **MINUTES AND ORDER** |
| CITY OF CLEVELAND, et al., | ) | |
| | ) | |
| **Defendants.** | ) | |

Following the conclusion of the Preliminary Injunction hearing held yesterday, June 23, 2016, District Judge James S. Gwin referred the case to the undersigned for mediation.  The Court, the attorneys, and the parties worked well into the evening.

Today, counsel advised me that the case is settled and that they will execute a settlement agreement expeditiously.

**IT IS SO ORDERED.**

*/s/ Dan A. Polster     June 24, 2016*
**Dan Aaron Polster**
**United States District Judge**