IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| CITIZENS FOR TRUMP, ET AL, | ) | CASE NO. 1:16CV01465 |
| | ) | |
| Plaintiffs, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CITY OF CLEVELAND, ET AL, | ) | |
| | ) | |
| Defendants. | ) | |

The Court has been advised by Judge Dan Aaron Polster that after mediation, the parties have settled this dispute. The Court therefore dismisses this case and will retain jurisdiction with regard to settlement disputes. The referral to Judge Polster will remain in effect should there be any issues with documentation of the terms of the settlement agreement.

IT IS SO ORDERED.

Dated: June 24, 2016

s/ *James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE